# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex. rel.* TODD LANGER, <br><br> Plaintiffs, <br><br> v. <br><br> ZIMMER BIOMET HOLDINGS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 21-cv-11293-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT ZIMMER BIOMET HOLDINGS, INC.'S MOTION FOR RULE 11 SANCTIONS

Defendant Zimmer Biomet Holdings, Inc. ("Zimmer Biomet") moves pursuant to Fed. R. Civ. P. 11 to sanction Relator Todd Langer and Relator's counsel, Rebekah L. Bailey, Grace I. Chanin, Matthew H. Morgan, Anthony C. Munter, and David K. Colapinto on the grounds that they filed and have failed to voluntarily dismiss an Amended Complaint premised on false statements. Sanctions are warranted as Relator's repeated false statements in filings made under the pains and penalties of perjury go to the core of Relator's case and directly influenced this Court's analysis in its decision on the Motion to Dismiss. Zimmer Biomet has conferred with counsel for the Relator, who oppose the relief requested in this motion.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Zimmer Biomet respectfully requests that this Court dismiss the Amended Complaint with prejudice and provide Defendant with additional relief as the Court deems appropriate.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Zimmer Biomet requests oral argument and a hearing on this Motion in an effort to further assist the Court in its determination.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Undersigned counsel certifies that a true copy of the above document was served upon Relator's counsel on December 13, 2024. I have also conferred with counsel for Plaintiff-Relator on December 18, 2024 in a good faith attempt to resolve or narrow the issues raised in this motion.

Dated: January 6, 2025

Respectfully submitted,
/s/ Allison J. Caplis
Allison J. Caplis, *pro hac vice*
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
(410) 659-2700 (Phone)
allison.caplis@hoganlovells.com

Michele Sartori, *pro hac vice*
Jessica L. Ellsworth, *pro hac vice*
HOGAN LOVELLS US LLP
555 Thirteenth St., N.W.
Washington, D.C. 20004
(202) 637-5600
michele.sartori@hoganlovells.com
jessica.ellsworth@hoganlovells.com

Alexandra Watson Bailey (BBO #676145)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
alexandra.bailey@hoganlovells.com

*Counsel for Zimmer Biomet Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

/s/ Allison J. Caplis